# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2238
_____

TONY WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany Baker-Carper, Judge.

July 8, 2026

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tony White, Tallahassee, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.